IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY LACAYO, et al.,

    Plaintiffs,                  No. CIV S-09-2844 GEB KJM PS

    vs.

DEUTSCHE BANK NATIONAL
TRUST CO., et al.,

    Defendants.
_____/

ANTHONY LACAYO,

    Plaintiff,                   No. CIV S-09-2845 GEB KJM PS

    vs.

DEUTSCHE BANK NATIONAL
TRUST CO., et al.,

    Defendants.                <u>ORDER</u>
_____/

        These actions were referred to the undersigned pursuant to Local Rule 72-302(c)(21) and related by order filed November 17, 2009.  Both actions were removed from state court; they involve the foreclosure of the same property.  The later removed action therefore will be consolidated with the previously removed action.

1    Defendant's motion to dismiss in case no. 09-2844 is calendared for hearing on
2 December 2, 2009. Defendant's motion to dismiss in case no. 09-2845 was calendared for
3 hearing on December 9, 2009, prior to that date being vacated due to the reassignment of the
4 actions after relation. Hearing on both motions will be set for January 27, 2010.

5    Local Rule 78-230(c) provides that opposition to the granting of a motion must be
6 filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o
7 party will be entitled to be heard in opposition to a motion at oral arguments if written opposition
8 to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j)
9 provides that failure to appear may be deemed withdrawal of opposition to the motion or may
10 result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local
11 Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or
12 within the inherent power of the Court."

13    Good cause appearing, IT IS HEREBY ORDERED that:

14    1. Case number CIV S-09-2845 GEB KJM PS is consolidated with case number
15 No. CIV S-09-2844 GEB KJM PS. The Clerk of Court is directed to close case number CIV S-
16 09-2845 GEB KJM PS.

17    2. The hearing date of December 2, 2009 is vacated. Hearing on both motions to
18 dismiss is continued to January 27, 2010 at 10:00 a.m. in courtroom no. 26.

19    3. Plaintiff shall file opposition, if any, to the motions no later than January 6,
20 2010. Failure to file opposition and appear at the hearing will be deemed as a statement of non-
21 opposition and shall result in a recommendation that this action be dismissed pursuant to Federal
22 Rule of Civil Procedure 41(b).

23 DATED: November 18, 2009.

_____
U.S. MAGISTRATE JUDGE

25 006
lacayo.con

2